**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-------

**No. 95-7920**

-------

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JEAN OGLESBY HUBBARD,

Defendant - Appellant.

-------

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CR-90-112, CA-95-238-R)

-------

Submitted: April 15, 1996          Decided: April 29, 1996

-------

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

-------

Affirmed by unpublished per curiam opinion.

-------

Jean Oglesby Hubbard, Appellant Pro Se. Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

-------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying her 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Hubbard</u>, Nos. CR-90-112; CA-95-238-R (W.D. Va. Nov. 1, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>